**Matthew B. Crane** (UTB# 13909)
FORD & CRANE PLLC
6605 S. Redwood Road, Suite 101
Salt Lake City, Utah 84123
Telephone: (801) 331-8668
Email: matthew.crane@fordcranelaw.com
*Attorney for Plaintiff*

### IN THE UNITED STATES DISTRICT COURT,
### IN AND FOR THE CENTRAL DISTRICT OF UTAH

| | |
|---|---|
| LINDA SUDA, <br><br> Plaintiff, <br><br> vs. <br><br> MCDONALD'S CORPORATION, A Delaware Corporation, TUCUMCARI TRANSFER, INC. A New Mexico Corporation, John Does I – X, XYZ Corporations and/or Limited Liability Companies I – X. <br><br> Defendants. | **STIPULATED MOTION TO DISMISS WITH PREJUDICE** <br><br> Case No. 2:19-CV-237-DAK-CMR <br><br> Judge Dale A. Kimball |

Plaintiff, Linda Suda and Defendants, McDonald's Corporation and Tucumcari Transfer, Inc. (collectively, the "Parties"), by and through their respective undersigned counsel, hereby stipulate and jointly move the Court for an order dismissing this action with prejudice. The Parties have resolved their dispute and agree that this matter should be dismissed. A proposed order dismissing all claims with prejudice, approved by all parties, is filed and served herewith.

1

STIPULATED the 13th day of August, 2019.

                                  FORD & CRANE PLLC

                                  /s/ Matthew B. Crane
                                  Matthew B. Crane
                                  *Attorney for Plaintiff*

STIPULATED the 13th day of August, 2019.

                                  LITTLER MENDELSON PC.

                                  /s/ Ethan D. Thomas
                                  Rick D. Roskelley
                                  Ethan D. Thomas
                                  *Attorneys for McDonald's Corporation*
                                  (Signed with permission)

STIPULATED the 13th day of August, 2019.

                                  STRONG & HANNI

                                  /s/ Matt W. Harrison
                                  Matt W. Harrison
                                  *Attorneys for Tucumcari Transfer Inc.*
                                  (Signed with permission)

## CERTIFICATE OF SERVICE

I, the undersigned, certify that on the 13th day of August, 2019, I caused a true and correct copy of the foregoing STIPULATED MOTION TO DISMISS WITH PREJUDICE to be filed with the Court via CM/ECF, which caused notice to be served upon all e-filing counsel of record via the Court's Notice of Electronic Filing [NEF].

                                                            /s/ Matthew B. Crane