Order Prepared By:
**Matthew B. Crane** (UTB# 13909)
FORD & CRANE PLLC
6605 S. Redwood Road, Suite 101
Salt Lake City, Utah 84123
Telephone: (801) 331-8668
Email: matthew.crane@fordcranelaw.com
*Attorney for Plaintiff*

**IN THE UNITED STATES DISTRICT COURT,
IN AND FOR THE CENTRAL DISTRICT OF UTAH**

| | |
|---|---|
| LINDA SUDA, | **ORDER GRANTING STIPULATED MOTION TO DISMISS WITH PREJUDICE** |
| Plaintiff, | |
| vs. | |
| MCDONALD'S CORPORATION, A Delaware Corporation, TUCUMCARI TRANSFER, INC. A New Mexico Corporation, John Does I – X, XYZ Corporations and/or Limited Liability Companies I – X. | Case No. 2:19-CV-237-DAK-CMR  Judge Dale A. Kimball |
| Defendants. | |

This matter is before the Court pursuant to the Stipulated Motion to Dismiss with Prejudice (the "Motion") filed by the parties on August 13, 2019. Having reviewed the Motion, there appears good cause that it should be GRANTED.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that this matter is dismissed, with prejudice.

1

DATED the 13th day of August, 2019

                                              BY THE COURT

                                              _____
                                              Dale A. Kimball
                                              United States District Judge